# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**COLLEEN DUNN**
        **Plaintiff,**

    v.                                                        **Case No. 20-C-1113**

**ANDREW M. SAUL,**
**Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER

Plaintiff Colleen Dunn requests leave to proceed in forma pauperis in this action for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration. On review of the motion, I am satisfied that plaintiff is unable to pay the filing fee. Plaintiff further avers that she is entitled to the relief sought in the complaint, and on review of the complaint I am unable to determine that the action is frivolous or that the complaint fails to state a claim. See 28 U.S.C. § 1915.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for leave to proceed without prepayment of the filing fee (R. 2) is **GRANTED**.

Dated at Milwaukee, Wisconsin this 22nd day of July, 2020.

                                          s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge